IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

YOSBANI ROSABAL-FERNANDEZ, *

Petitioner, *

v. * Case No. 4:26-cv-1140-CDL-ALS

Warden, STEWART DETENTION CENTER, *
*et al.*,

Respondents. *

**J U D G M E N T**

Pursuant to this Court's Order dated October 29, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 29th day of October, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk